UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Damion Reid, Plaintiff, v. Lance Stephenson, Defendant. | Case No: 1:22-cv-00205-JRS-MKK |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT LANCE STEPHENSON**

Plaintiff Damion Reid ("*Plaintiff*"), by and through his undersigned counsel, requests that the Court enter a default judgment against defendant Lance Stephenson ("*Defendant*" or "*Stephenson*") for the following reasons and those stated in the accompanying Brief.

1. Pursuant to Federal Rule of Civil Procedure 55, Plaintiff is entitled to judgment by default against Defendant Stephenson. Defendant was personally served with the Summons and Complaint on February 2, 2022. *Dkt. No.* 5. In light of Defendant's failure to respond to Plaintiff's allegations within the time specified by the Federal Rule of Civil Procedure 12(a), Plaintiff requested that the Clerk of the Court enter the default of Defendant on October 4, 2022, *Dkt. No. 10*. The Clerk entered Default on October 24, 2022. *Dkt. No*. 11.

2. As shown in the accompanying Brief, Plaintiff has sufficiently established Defendant's liability for willful copyright infringement. Since the clerk's default has already been entered, Plaintiff is now submitting the instant motion in pursuit of entry of default judgment by this Court and an award of actual and statutory damages in the amount of $13,000.00.

3. In addition, Plaintiff respectfully requests $10,475.00 in attorneys' fees; as well as $559.50 in costs under 17 U.S.C. § 505 for the following: (1) filing fee; $402.00; and (2) attorney service fee to serve summons and complaint: $157.50.

Wherefore, the Court should grant final default judgment and issue an award against Defendant and in favor of Plaintiff in the total amount of $24,034.50, inclusive of statutory and actual damages, attorneys' fees and costs.

Dated: February 3, 2023    Respectfully submitted,

**SANDERS LAW GROUP**

By: ___/s/ Renee J. Aragona___
Craig Sanders, Esq.
Renee J. Aragona, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: raragona@sanderslaw.group
*Attorneys for Plaintiff*
File No.: 123875

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2023, I caused a copy of Plaintiff's Motion for Default Judgement with supporting documents to be filed via the Court's ECF system, and to be served on Defendant via United States first class mail to:

Lance Stephenson
7590 Hunt Country Lane
Zionsville, IN 46077

/s/ Renee J. Aragona
Renee J. Aragona, Esq.