UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAMION REID, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00205-JRS-MKK |
| | ) |
| LANCE STEPHENSON, | ) |
| | ) |
| Defendant. | ) |

### Final Judgment

The Court has found Defendant, Lance Stephenson, liable to Plaintiff for copyright infringement under 17 U.S.C. § 501, and Plaintiff has proven damages, attorney's fees, and costs in the sum of $24,034.50. Accordingly, final judgment is now entered in favor of Plaintiff and against Defendant. Plaintiff shall recover from Defendant the sum of $24,034.50 plus interest from the date of this order.

This is a final judgment entered under Fed. R. Civ. P. 58. This case is now closed.

**SO ORDERED.**

Date: 7/17/2023

_JAMES R. SWEENEY II, JUDGE_
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF and by US Mail to:

LANCE STEPHENSON
7590 Hunt Country Lane
Zionsville, IN 46077